FILED
CLERK, U.S. DISTRICT COURT

MAY 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LERMA,<br><br>    Petitioner,<br><br>    v.<br><br>S. A. HOLENCIK,<br><br>    Respondent. | CASE NO. CV 07-8282-PA (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that judgment be entered dismissing this action without prejudice for failure to prosecute.

DATED: May 22, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE