JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS LERMA, | ) | CASE NO. CV 07-8282-PA (JTL) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| S. A. HOLENCIK, | ) | |
| Respondent. | ) | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: May 22, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE